**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 162 EAL 2014
:
                  Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.                :
:
:
:
RODNEY LEGGETT,          :
:
                  Petitioner   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.